IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| GLENDA B. BALLOU,<br><br>             Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | CV-06-55-BU-CSO<br><br>**FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (*Court's Doc. No. 2*). In her affidavit, Plaintiff reports the following financial information: income from a two-week job in the amount of $660.04; income in the amount of $8,733.13 from her 2005 taxes; $3.00 in interest from her 2005 taxes; $310 in dividends from her 2005 taxes;[1] $7,000 in cash or checking or savings accounts; a home valued at $115,000; $22,000 in a mutual fund account; and two vehicles valued at $4,000.

To qualify for *in forma pauperis* status, a civil litigant must demonstrate that he or she "cannot because of his poverty pay or give security for the costs and still be able to provide

---

[1] Plaintiff informs the Court that she expects to receive about the same amount of income, interest, and dividends in 2006.

-1-

himself and dependents with the necessities of life." Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339 (1948); Bulled v. Pallavicini, 19 F.3d 1439 (9th Cir. 1994).  In light of the financial information contained in Plaintiff's affidavit, the Court cannot find that she is entitled to proceed *in forma pauperis*.  See Sears, Roebuck and Co. v. Charles W. Sears Real Estate, Inc., 865 F.2d 22, 23 (2nd Cir. 1988); United States v. Valdes, 300 F.Supp.2d 82 (D.D.C. 2004); Failor v. Califano, 79 F.R.D. 12, 13 (M.D.Pa. 1978).

The denial of a motion to proceed *in forma pauperis* is a final judgment, and a magistrate judge may not enter this final judgment absent consent of the parties.  See Tripati v. Rison, 847 F.2d 548 (9th Cir. 1988)(citing 298 U.S.C. § 636(c)). Accordingly, the following recommendation is made.

### RECOMMENDATION

Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (*Court's Doc. No. 2*) should be **DENIED**. Pursuant to 28 U.S.C. § 636(b)(3), Plaintiff may not file objections to these findings with the district court.  See Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998).

DONE and DATED this 2nd day of August, 2006.

> **/S/** Carolyn S. Ostby
> Carolyn S. Ostby
> United States Magistrate Judge