FILED
GREAT FALLS DIV.

'06 SEP 20 PM 4 44

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| GLENDA B. BALLOU<br><br>        Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | CV-06-55-BU-SEH<br><br>**ORDER** |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations of United States Magistrate Judge[1] on August 2, 2006. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

---

[1] Docket No. 4

ORDERED:

Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit[2] is

DENIED.

DATED this 20th day of September, 2006.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 2.